# *EXHIBIT "A"*

# Connecticut Department of Agriculture (/DOAG)

**Press Releases (/DOAG/Press-Room/Press-Releases)**

Search Department of Agriculture

## Press Releases



**03/31/2022**

## Connecticut Department of Agriculture Investigates Contaminated Milk Incident

(STATEWIDE) The Connecticut Department of Agriculture (CT DoAg) Bureau of Regulatory Services is investigating an incident involving Guida's Dairy in New Britain, CT. The incident is regarding 1% low-fat half-pint milk cartons with a sell by date of APR 11 that contains diluted sanitizer.

The preliminary investigation report indicates that the actual issue is limited to milk within a specific time range of 4:30 and 7:30 and code stamped on the cartons. This milk had limited distribution in New Jersey.

However, out of an abundance of caution Guida's Dairy is asking all institutional customers possessing 1% low-fat half-pint milk cartons with a sell by date of APR 11 to dispose of the product. This guidance only applies to institutional customers. The affected product is not available at retail outlets for consumer purchase.

Guida's Dairy is cooperating fully with CT DoAg regulatory officials.

*The Connecticut Department of Agriculture mission is to foster a healthy economic, environmental, and social climate for agriculture by developing, promoting, and regulating agricultural businesses; protecting agricultural and aquacultural resources; enforcing laws pertaining to domestic animals; and promoting an understanding among the state's citizens of the diversity of Connecticut agriculture, its cultural heritage, and its contribution to the state's economy. For more information, visit* **www.CTGrown.gov (file:///C:/Users/EddyRe/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/FARMLAND**

###

**For Immediate Release:** Thursday, March 31, 2022
**Contact:** Rebecca Eddy, 860-573-0323, **Rebecca.Eddy@ct.gov (mailto:Rebecca.Eddy@ct.gov)**

**http://www.ctgrown.gov (http://www.ctgrown.gov/)**

 **(www.facebook.com/connecticutgrown)**  **(http://www.instagram.com/ct.grown)**