UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANEE GOULD, individually, and on behalf of her minor son, A.J.; <br><br> DOMINIQUE WILSON, individually, and on behalf of her minor daughter, A.J.; <br><br> DEBORAH POLLITT, individually, and on behalf of her minor daughter, D.P.; and <br><br> On behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE GUIDA-SEIBERT DAIRY COMPANY; JOHN DOES 1-10 (Fictitious Names); and ABC BUSINESS ENTITIES 1-10 (Fictitious Entities), <br><br> Defendants. | **Civil Action No.: 1:22-cv-01861** |

**APPEARANCE OF COUNSEL**

To:     The Clerk of Court and All Parties of Record

    I, SAMUEL D. JACKSON, ESQ., am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiffs.

**LENTO LAW GROUP, P.C.**

Dated: April 1, 2022     By: _____
SAMUEL D. JACKSON, ESQUIRE
NJ State Bar No. 130452017
LENTO LAW GROUP, P.C.
3000 Atrium Way – Suite 200
Mount Laurel, NJ 08054
sdjackson@lentolawgroup.com
*Attorney for Plaintiffs*