**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------ x

TIFFANEE GOULD, individually and on behalf of her minor son, A.J., et al.,

        Plaintiffs,

    vs.

THE GUIDA-SEIBERT DAIRY COMPANY, et al.,

        Defendants.

------------------------------------ x

Case No.: 1:22-cv-01861-NLH-AMD

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned, Philip A. Goldstein, hereby appears as counsel for Defendant The Guida-Seibert Dairy Company, and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: New York, New York
       April 25, 2022

                                    */s/ Philip A. Goldstein*
                                    Philip A. Goldstein
                                    MCGUIREWOODS LLP
                                    1251 Avenue of the Americas, 20th Floor
                                    New York, New York 10020-1104
                                    Phone: (212) 548-2167
                                    pagoldstein@mcguirewoods.com

                                    *Counsel for Defendant The Guida-Seibert Dairy Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2022, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF System.

      /s/ Philip A. Goldstein
      Philip A. Goldstein

      *Counsel for Defendant The Guida-Seibert Dairy Company*