IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------x

TIFFANEE GOULD, individually and on behalf of her minor son, A.J.;

DOMINIQUE WILSON, individually and on behalf of her minor daughter, A.J.;

DEBORAH POLLITT, individually and on behalf of her minor daughter, D.P.; and

On behalf of themselves and those similarly situated,

                  Plaintiffs,

  v.

THE GUIDA-SEIBERT DAIRY COMPANY; JOHN DOES 1-10 (Fictitious Names); and ABC BUSINESS ENTITIES 1-10 (Fictitious Entities),

                  Defendants.

----------------------------------------x

Case No.: 1:22-cv-01861-NLH-AMD

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiffs Tiffanee Gould, Dominique Wilson and Deborah Pollitt ("Plaintiffs") and counsel for Defendant The Guida-Seibert Dairy Company ("Defendant"), that the time for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint in this action is hereby extended through and including **May 23, 2022**.  This Stipulation may be executed in counterparts.  A copy of the signatures on this Stipulation serves the same purpose as an original.

Dated:   April 26, 2022

_____
Joseph D. Lento
Samuel D. Jackson

Dated:   April 26, 2022

   /s/ Philip A. Goldstein
Philip A. Goldstein
MCGUIREWOODS LLP

1

| | |
|---|---|
| LENTO LAW GROUP, P.C.<br>3000 Atrium Way, Suite 200<br>Mt. Laurel, NJ 08054<br>(856) 652-2000<br>jdlento@lentolawgroup.com<br>sdjackson@lentolawgroup.com<br><br>*Attorneys for Plaintiffs* | 1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020-1104<br>(212) 548-2167<br>pagoldstein@mcguirewoods.com<br><br>*Attorneys for Defendant Bank of America, N.A.* |

**SO ORDERED:**

_____
Hon. Ann Marie Donio, U.S.M.J.

Dated: _____, 2022

159027549_1