IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------- x

TIFFANEE GOULD, individually and on behalf of her minor son, A.J.;

DOMINIQUE WILSON, individually and on behalf of her minor daughter, A.J.;

DEBORAH POLLITT, individually and on behalf of her minor daughter, D.P.; and

On behalf of themselves and those similarly situated,

                 Plaintiffs,

v.

THE GUIDA-SEIBERT DAIRY COMPANY; JOHN DOES 1-10 (Fictitious Names); and ABC BUSINESS ENTITIES 1-10 (Fictitious Entities),

                 Defendants.

------------------------------------- x

Case No.: 1:22-cv-01861-NLH-AMD

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiffs Tiffanee Gould, Dominique Wilson and Deborah Pollitt ("Plaintiffs") and counsel for Defendant The Guida-Seibert Dairy Company ("Defendant"), that the time for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint in this action is hereby extended through and including **May 23, 2022**. This Stipulation may be executed in counterparts. A copy of the signatures on this Stipulation serves the same purpose as an original.

Dated:  April 26, 2022

_____
Joseph D. Lento
Samuel D. Jackson

Dated:  April 26, 2022

*/s/ Philip A. Goldstein*
Philip A. Goldstein
MCGUIREWOODS LLP

1

LENTO LAW GROUP, P.C.
3000 Atrium Way, Suite 200
Mt. Laurel, NJ 08054
(856) 652-2000
jdlento@lentolawgroup.com
sdjackson@lentolawgroup.com

*Attorneys for Plaintiffs*

1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant ~~Bank of America, N.A.~~*

**SO ORDERED:**

_____
Hon. Ann Marie Donio, U.S.M.J.

Dated: __4/27__, 2022

159027549_1