UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TIFFANEE GOULD et al.

*Plaintiff*

v.

THE GUIDA-SEIBERT DAIRY COMPANY

*Defendant*

Civil Action No. 1:22-cv-01861-NLH-AMD

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Defendant The Guida-Seibert Dairy Company__, certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Dairy Farmers of America (parent)

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Philip A. Goldstein
Signature of Attorney

1251 Avenue of the Americas, 20th F
Address

New York, NY 10020-1104
City/State/Zip

05/23/2022
Date

DNJ-CMECF-005 (10/2018)