Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------- X
TIFFANEE GOULD, individually : Case No.: 1:22-cv-01861-NLH-AMD
and on behalf of her minor son, A.J., :
*et al.*, : **DEFENDANT THE GUIDA-**
: **SEIBERT DAIRY COMPANY'S**
Plaintiffs, : **LOCAL CIVIL RULE 7.1.1**
: **DISCLOSURE STATEMENT**
v. :
:
THE GUIDA-SEIBERT DAIRY :
COMPANY, *et al.*, :
:
Defendants. :
:
---------------------------------------------- X

Pursuant to Local Civil Rule 7.1.1, Defendant The Guida-Seibert Dairy Company ("Defendant"), by its undersigned counsel, hereby makes the following disclosure:

No person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation

1

or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated:   New York, New York
         May 23, 2022

/s/ Philip A. Goldstein
Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Telephone:  (212) 548-2167
Fax:  (212) 548-2150
Email: pagoldstein@mcguirewoods.com
*Attorneys for Defendant The Guida-Seibert Dairy Company*

2

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 23rd day of May, 2022, I caused a true and correct copy of the foregoing Local Civil Rule 7.1.1 Disclosure Statement to be filed electronically with the Clerk of Court via the Court's CM/ECF system.  Counsel of record are registered CM/ECF users and will be served by the CM/ECF System.

                                               */s/ Philip A. Goldstein*
                                               Philip A. Goldstein

                                               *Attorneys for Defendant The Guida-Seibert Dairy Company*