Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*, | Case No.: 1:22-cv-01861-NLH-AMD |
| Plaintiffs, | **DEFENDANT THE GUIDA-SEIBERT DAIRY COMPANY'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN PART PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| v. | |
| THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*, | |
| Defendants. | Motion Date: June 21, 2022 |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Philip A. Goldstein and the exhibit(s) annexed thereto, and upon all prior pleadings and proceedings in this action, Defendant The Guida-Seibert Dairy Company ("Defendant"), in lieu of filing an Answer to Plaintiffs' Complaint, shall move this Court before the Honorable Noel L. Hillman, U.S.D.J. at the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Camden, NJ 08101, on June 21, 2022, or as soon thereafter as counsel may be heard, for an Order

1

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendant's motion to dismiss the Complaint in part as to: (a) Count I (Negligence), (b) Count II (New Jersey Products Liability Act) as to the New Jersey Parent Class Only, (c) Count III (Intentional Infliction of Emotional Distress), and (d) Plaintiffs' claims for punitive damages, all with prejudice, and for such other, further or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if this Motion is opposed, pursuant to Local Civil Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

Dated:   New York, New York
         May 23, 2022

　　　　　　　　　　　　　　　　　　　 /s/ Philip A. Goldstein
　　　　　　　　　　　　　　　　　　Philip A. Goldstein
　　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas, 20th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10020-1104
　　　　　　　　　　　　　　　　　　Telephone:  (212) 548-2167
　　　　　　　　　　　　　　　　　　Fax:  (212) 548-2150
　　　　　　　　　　　　　　　　　　Email: pagoldstein@mcguirewoods.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant The Guida-Seibert Dairy Company*

160037291