Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*, | : : : : | Case No.: 1:22-cv-01861-NLH-AMD |
| Plaintiffs, | : : : : | **DECLARATION OF PHILIP A. GOLDSTEIN IN SUPPORT OF DEFENDANT THE GUIDA-SEIBERT DAIRY COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT IN PART PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| v. | : : | |
| THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*, | : : : | |
| Defendants. | : : : | Motion Date: June 21, 2022 |

I, Philip A. Goldstein, hereby declare as follows:

1. I am counsel with the law firm McGuireWoods LLP, attorneys for Defendant The Guida-Seibert Dairy Company ("Defendant") in the above-captioned action. As counsel for Defendant, I am familiar with the pleadings, facts, and circumstances in this action, and I submit this declaration in support of Defendant's Motion to Dismiss Plaintiffs' Complaint in part.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiffs'

1

Complaint.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May 23, 2022 in New York, New York.

                                       */s/ Philip A. Goldstein*
                                       Philip A. Goldstein

160037430