IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ------------------------------------------------- X | | |
| TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*, | : : : : | Case No. 2:21-cv-20455-CCC-LDW **[PROPOSED] ORDER GRANTING DEFENDANT THE** |
| Plaintiffs, | : : | **GUIDA-SEIBERT DAIRY COMPANY'S MOTION TO** |
| v. | : : | **DISMISS PLAINTIFFS' COMPLAINT IN PART** |
| THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*, | : : : | **PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| Defendants. | : : : : | Motion Date: June 21, 2022 |
| ------------------------------------------------- X | | |

**THIS MATTER**, having been brought before the Court by Philip A. Goldstein, counsel for Defendant The Guida-Seibert Dairy Company ("Defendant"), for an Order granting Defendant's Motion to Dismiss Plaintiffs' Complaint in part pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered all motion papers on file and the arguments of counsel, and for good cause shown,

**IT IS, ON THIS** \_\_\_ **DAY OF** _____, 20\_\_\_, **ORDERED AND ADJUDGED** as follows:

1.  Defendant The Guida-Seibert Dairy Company's Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is hereby **GRANTED** and the following causes of action are dismissed with prejudice: (a) Count I

1

(Negligence), (b) Count II (New Jersey Products Liability Act) as to the New Jersey Parent Class Only, (c) Count III (Intentional Infliction of Emotional Distress), and (d) Plaintiffs' claims for punitive damages.

                                                  Hon. Noel L. Hillman
                                                  U.S. District Court Judge

☐ Motion Opposed
☐ Motion Unopposed

Appearances By: