Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*, | Case No.: 1:22-cv-01861-NLH-AMD |
| | Motion Date: June 21, 2022 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*, | |
| Defendants. | |

    I, PHILIP A. GOLDSTEIN, hereby certify that on this 23rd day of May, 2022,

I caused a true and correct copy of:

- Defendant The Guida-Seibert Dairy Company's Notice of Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

- Defendant The Guida-Seibert Dairy Company's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Complaint Pursuant To Fed. R. Civ. P. 12(b)(6);

- Declaration of Philip A. Goldstein in Support of Defendant The Guida-Seibert Dairy Company's Motion to Dismiss Plaintiffs' Complaint, and exhibit(s) annexed thereto;

- (Proposed) Order Granting Defendant The Guida-Seibert Dairy Company's Motion to Dismiss Plaintiffs' Complaint; and

- this Certificate of Service

to be filed electronically with the Clerk of Court via the Court's CM/ECF system, which will cause counsel for all parties in this case that are registered to be served by the CM/ECF system including the following:

Joseph D. Lento
Lento Law Group, P.C.
3000 Atrium Way, Suite 200
Mt. Laurel, NJ 08054
Email: JdLento@optimumlawgroup.com

Samuel Jackson
Lento Law Group, P.C.
3000 Atrium Way, Suite 200
Mt. Laurel, NJ 08054
Email: sdjackson@lentolawgroup.com
*Attorney for Plaintiffs*

Dated:   New York, New York
         May 23, 2022                 /s/ *Philip A. Goldstein*
                                      Philip A. Goldstein
                                      MCGUIREWOODS LLP
                                      1251 Avenue of the Americas, 20th Floor
                                      New York, NY 10020-1104
                                      Telephone: (212) 548-2167
                                      Fax: (212) 548-2150
                                      Email: pagoldstein@mcguirewoods.com

                                      *Attorneys for Defendant The Guida-Seibert Dairy Company*