Philip A. Goldstein
MᴄGᴜɪʀᴇWᴏᴏᴅs LLP
1251 Avenue of the Americas, 20ᵗʰ Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

--------------------------------------------------- X

TIFFANEE GOULD, individually
and on behalf of her minor son, A.J..
*et al.*,

                 Plaintiffs,

     v.

THE GUIDA-SEIBERT DAIRY
COMPANY. *et al.*,

              Defendants.

--------------------------------------------------- X

:   Case No.: 1:22-cv-01861-NLH-AMD
:
:   **DEFENDANT THE GUIDA-**
:   **SEIBERT DAIRY COMPANY'S**
:   **NOTICE OF MOTION TO**
:   **STRIKE CLASS ALLEGATIONS**
:   **PURSUANT TO FED. R. CIV. P.**
:   **12(f) AND 23(a)-(b), (c)(1)(A), AND**
:   **(d)(1)(D)**
:
:   Motion Date: June 21, 2022
:
:
:

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of

Law, the Declaration of Philip A. Goldstein and the exhibit(s) annexed thereto, and

upon all prior pleadings and proceedings in this action, Defendant The Guida-Seibert

Dairy Company ("Defendant"), shall move this Court before the Honorable Noel L.

Hillman, U.S.D.J. at the Mitchell H. Cohen Building & U.S. Courthouse located at

4ᵗʰ & Cooper Streets, Camden, NJ 08101, on June 23, 2022, or as soon thereafter as

counsel may be heard, for an Order pursuant to Rules 12(f) and 23(a)-(b), (c)(1)(A),

Case 1:22-cv-01861-NLH-AMD   Document 11   Filed 05/23/22   Page 2 of 2 PageID: 84

and (d)(1)(D) of the Federal Rules of Civil Procedure granting Defendant's motion

strike Plaintiffs' class allegations with prejudice in their entirety, and for such other,

further or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if this

Motion is opposed, pursuant to Local Civil Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is

attached hereto.

Dated:   New York, New York
         May 23, 2022

                                    /s/ Philip A. Goldstein
                                    Philip A. Goldstein
                                    McGuireWoods LLP
                                    1251 Avenue of the Americas, 20th Floor
                                    New York, NY 10020-1104
                                    Telephone:  (212) 548-2167
                                    Fax:  (212) 548-2150
                                    Email: pagoldstein@mcguirewoods.com

                                    *Attorneys for Defendant The Guida-
                                    Seibert Dairy Company*

160037983

2