Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------- X

TIFFANEE GOULD, individually    :    Case No.: 1:22-cv-01861-NLH-AMD
and on behalf of her minor son, A.J.   :
*et al.*,                                 :    **DECLARATION OF PHILIP A.**
                                     :    **GOLDSTEIN IN SUPPORT OF**
                  Plaintiffs,   :    **DEFENDANT THE GUIDA-**
                                     :    **SEIBERT DAIRY COMPANY'S**
      v.                           :    **MOTION TO STRIKE CLASS**
                                     :    **ALLEGATIONS PURSUANT TO**
THE GUIDA-SEIBERT DAIRY      :    **FED. R. CIV. P. 12(f) AND 23(a)-**
COMPANY *et al.*,               :    **(b), (c)(1)(A), AND (d)(1)(D)**
                                     :
                   Defendants.  :    Motion Date: June 21, 2022
                                     :
                                     :

-------------------------------------------------- X

I, Philip A. Goldstein, hereby declare as follows:

1.     I am counsel with the law firm McGuireWoods LLP, attorneys for

Defendant The Guida-Seibert Dairy Company ("Defendant") in the above-captioned

action. As counsel for Defendant, I am familiar with the pleadings, facts, and

circumstances in this action, and I submit this declaration in support of Defendant's

Motion to Strike Class Allegations.

2.     Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiffs'

1

Complaint.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that

the foregoing is true and correct.

Executed on May 23, 2022 in New York, New York.

*/s/ Philip A. Goldstein*
Philip A. Goldstein

160038019