IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------- X
| | |
|---|---|
| TIFFANEE GOULD, individually and on behalf of her minor son, A.J. *et al.*, | Case No. 2:21-cv-20455-CCC-LDW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT THE GUIDA-SEIBERT DAIRY COMPANY'S MOTION TO STRIKE CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(f) AND 23(a)-(b), (c)(1)(A), AND (d)(1)(D)** |
| v. | |
| THE GUIDA-SEIBERT DAIRY COMPANY *et al.*, | |
| Defendants. | Motion Date: June 21, 2022 |

------------------------------------------------- X

**THIS MATTER**, having been brought before the Court by Philip A. Goldstein, counsel for Defendant The Guida-Seibert Dairy Company ("Defendant"), for an Order granting Defendant's Motion to Strike Class Allegations pursuant to Rules 12(f) and 23(a)-(b), (c)(1)(A), and (d)(1)(D) of the Federal Rules of Civil Procedure, and the Court having considered all motion papers on file and the arguments of counsel, and for good cause shown,

**IT IS, ON THIS \_\_\_ DAY OF _____, 20\_\_\_, ORDERED AND ADJUDGED** as follows:

1. Defendant The Guida-Seibert Dairy Company's Motion to Strike Class Allegations pursuant to Rules 12(f) and 23(a)-(b), (c)(1)(A), and (d)(1)(D) of

the Federal Rules of Civil Procedure is hereby **GRANTED** and the class allegations are dismissed with prejudice in their entirety.

                                                   _____

                                                   Hon. Noel L. Hillman
                                                   U.S. District Court Judge

☐ Motion Opposed
☐ Motion Unopposed

Appearances By: