Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*, | : | Case No. 1:22-cv-01861-NLH-AMD |
| Plaintiffs, | : | **CERTIFICATION OF LOCAL COUNSEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES F. NEALE** |
| v. | : | |
| THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*, | : | |
| | : | Motion Date:  July 5, 2022 |
| Defendants. | : | |

I, Philip A. Goldstein, certify as follows pursuant to Local Civil Rule 101.1(c):

1.  I am an attorney at law of the State of New Jersey duly qualified to practice pursuant to R. 1:21-1. I am a member in good standing of the Bar of the State of New Jersey and duly admitted to practice law in the courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.  I am Counsel with the law firm of McGuireWoods LLP, attorneys for Defendant The Guida-Seibert Dairy Company ("Defendant") in the above-captioned matter. I submit this Certification in support of Defendant's application for an Order admitting James F. Neale as counsel *pro hac vice* in the within matter and in any related mediation or arbitration pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

3.  If the Court grants the above-referenced application for *pro hac vice* admission, I

will continue to serve as local counsel of record in this matter, attend all court appearances as required by the Court, review all pleadings, briefs and other papers filed with the Court, be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, and otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
June 10, 2022

Respectfully submitted,

 */s/ Philip A. Goldstein*
Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Telephone: (212) 548-2167
Facsimile: (212) 548-2150
pagoldstein@mcguirewoods.com

*Counsel for Defendant The Guida-Seibert Dairy Company*