Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------ X
TIFFANEE GOULD, individually and on : Case No. 1:22-cv-01861-NLH-AMD
behalf of her minor son, A.J., *et al.*, :
 :
                Plaintiffs, : **CERTIFICATION OF JAMES F.**
 : **NEALE IN SUPPORT OF MOTION**
      v. : **FOR ADMISSION *PRO HAC VICE***
 :
THE GUIDA-SEIBERT DAIRY COMPANY, :
*et al.*, : Motion Date: July 5, 2022
 :
              Defendants. :
------------------------------------------------------------ X

    I, JAMES F. NEALE, certify as follows pursuant to Local Civil Rule 101.1(c):

    1.    I am a Partner with the law firm of McGuireWoods LLP, attorneys for Defendant The Guida-Seibert Dairy Company ("Defendant"), and my principal office is located at 323 Second Street SE, Suite 700, Charlottesville, Virginia 22902, telephone (434) 977-2500. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this declaration in support of Defendant's application for an Order admitting me as counsel *pro hac vice* in this action and in any related mediation or arbitration.

    2.    I have been admitted to practice before the following courts in the years indicated:

- Clerk's Office
  Supreme Court of Virginia
  100 North Ninth Street
  Richmond, Virginia 23219
  (804) 786-6455
  Admitted on November 2, 1998

1

- Clerk's Office
  Supreme Court of West Virginia
  2000 Deitrick Boulevard
  Charleston, WV 25311-1231
  (304) 553-7220
  Admitted on November 9, 2004

- Clerk's Office
  U.S. Court of Appeals for the 4th Circuit
  Lewis F. Powell Jr. Courthouse & Annex
  1100 East Main Street, Suite 501
  Richmond, VA 23219
  (804) 916-2700
  Admitted on September 7, 1999

- Clerk's Office
  U.S. Court of Appeals for the 11th Circuit
  56 Forsyth Street, N.W.
  Atlanta, Georgia 30303
  (404) 335-6100
  Admitted on November 19, 2008

- Clerk's Office
  United States District Court for the District of Colorado
  Alfred A. Arraj United States Courthouse
  901 19th Street, Room A-105
  Denver, Colorado 80294-3589
  (303) 844-3433
  Admitted on May 12, 2017

- Clerk's Office
  U.S. District Court for the Eastern District of Virginia
  Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
  701 East Broad Street
  Richmond, VA 23219
  (804) 916-2200
  Admitted on August 18, 1999

- Clerk's Office
  U.S. District Court for the Western District of Virginia
  210 Franklin Road S.W., Suite 540
  Roanoke, VA 24011
  (540) 857-5100
  Admitted on September 27, 1999

- Clerk's Office
  U.S. District Court for the Northern District of West Virginia
  500 West Pike Street, Room 301
  P.O. Box 2857
  Clarksburg, WV  26302
  (304) 622-8513
  Admitted on September 25, 2006

- Clerk's Office
  U.S. District Court for the Southern District of West Virginia
  Robert C. Byrd United States Courthouse
  300 Virginia Street, East, Suite 2400
  Charleston, WV 25301
  (304) 347-3051
  Admitted on November 9, 2004

- Clerk of Court
  U.S. Bankruptcy Court for the Western District of Virginia
  210 Church Ave., S.W., Room 200
  Roanoke, VA 24011
  (540) 857-2391
  Admitted on March 18, 2004

3. I am currently, and continuously have been since the dates indicated above, a member in good standing in each of those jurisdictions. To my knowledge, no charges have been brought against me regarding my practice in those jurisdictions, and I am not suspended or disbarred.

4. I have never been convicted of a felony or a crime, nor have I been censured, suspended, disciplined or disbarred by any court, nor do I have any disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to any court during the last five years.

5. I agree to abide by the ethical standards governing the practice of law in this Court pursuant to the New Jersey State Lawyer's Code of Professional Responsibility, and submit to this Court's Local Rules. I will comply with all provisions of Local Civil Rule 101.1(c).

6. Pursuant to the rules of this Court, all papers filed on behalf of Defendant will be filed by local counsel Philip A. Goldstein, or another attorney admitted in the State of New Jersey.

7. All fees to the Clerk of the Court and the New Jersey Lawyers' Fund for Client Protection shall be timely made.

8. The purpose of this application is to make it possible for me to represent Defendant, which has sought my advice and assistance with respect to this litigation.

9. For the foregoing reasons, I respectfully request this Court admit me *pro hac vice* in the above-entitled action.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: Charlottesville, Virginia
       May 31, 2022

Respectfully submitted,

_____
James F. Neale
MCGUIREWOODS LLP
323 Second Street SE, Suite 700
Charlottesville, Virginia 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
jneale@mcguirewoods.com

*Counsel for Defendant The Guida-Seibert Dairy Company*

4