**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*, Plaintiffs, | : | Case No. 1:22-cv-01861-NLH-AMD |
| v. | : | **CERTIFICATE OF SERVICE** |
| THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*, Defendants. | : | Motion Date: July 5, 2022 |

I, Philip A. Goldstein, hereby certify that on this 10th day of June, 2022, I caused the foregoing documents:

1) Notice of Motion for Admission *Pro Hac Vice* of James F. Neale;

2) Certification of Local Counsel in Support of Motion for Admission *Pro Hac Vice* of James F. Neale;

3) Certification of James F. Neale in Support of Motion for Admission *Pro Hac Vice*; and

4) (Proposed) Order Authorizing *Pro Hac Vice* Admission for James F. Neale

to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF system.

Dated: New York, New York
June 10, 2022

*/s/ Philip A. Goldstein*

Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Telephone: (212) 548-2167
pagoldstein@mcguirewoods.com

*Counsel for Defendant The Guida-Seibert Dairy Company*

160188554