**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------- X
TIFFANEE GOULD, individually and on : Case No. 1:22-cv-01861-NLH-AMD
behalf of her minor son, A.J., *et al.*, :
:
                      Plaintiffs, : **[PROPOSED] ORDER**
: **AUTHORIZING *PRO HAC VICE***
              v. : **ADMISSION OF BENJAMIN P. ABEL**
:
THE GUIDA-SEIBERT DAIRY COMPANY, :
*et al.*, :
:
                      Defendants. :
------------------------------------------------------------- X

      This matter having come before the Court on the application of Philip A. Goldstein, Esq. of the law firm of McGuireWoods LLP, attorneys for Defendant The Guida-Seibert Dairy Company ("Defendant") for the *pro hac vice* admission of Benjamin P. Abel on behalf of Defendant pursuant to Local Civil Rule 101.1(c); and the Court having reviewed the accompanying Certification of Philip A. Goldstein, local counsel for Defendant, and the Certification of applicant Benjamin P. Abel; and the Court having been notified that counsel for Plaintiffs do not consent to the *pro hac vice* admission of Benjamin P. Abel; and the Court having found that good cause exists for the entry of this Order;

      It is hereby:

      **ORDERED** that Benjamin P. Abel, member of the Bar of the Supreme Court of Virginia, shall be permitted to appear *pro hac vice* in connection with the above-captioned matter and in any related mediation or arbitration on behalf of Defendant The Guida-Seibert Dairy Company in the United States District Court for the District of New Jersey pursuant to L. Civ. R. 101.1(c); and it is further

      **ORDERED** that Benjamin P. Abel shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of

L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Benjamin P. Abel shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c) within twenty (20) days from the date of entry of this Order;

**ORDERED** that Benjamin P. Abel shall make a payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, with twenty (20) days from the date of entry of this Order;

**ORDERED** that Benjamin P. Abel shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, New Jersey Court Rule 1:21-7;

**ORDERED** that Movant shall serve a copy of this Consent Order upon any party of record who was not served with a copy of this Consent Order by the CM/ECF System.

**SO ORDERED this** _____ **day of** _____**, 2022.**

_____
Hon. Ann Marie Donio, U.S.M.J.

☐ Motion Opposed
☐ Motion Unopposed

Appearances By: