# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------ X

TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*,

          Plaintiffs,

v.

THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*,

          Defendants.

------------------------------------------------------------ X

Case No. 1:22-cv-01861-NLH-AMD

**CERTIFICATE OF SERVICE**

Motion Date: July 5, 2022

I, Philip A. Goldstein, hereby certify that on this 10th day of June, 2022, I caused the foregoing documents:

1) Notice of Motion for Admission *Pro Hac Vice* of Benjamin P. Abel;

2) Certification of Local Counsel in Support of Motion for Admission *Pro Hac Vice* of Benjamin P. Abel;

3) Certification of Benjamin P. Abel in Support of Motion for Admission *Pro Hac Vice*; and

4) (Proposed) Order Authorizing *Pro Hac Vice* Admission for Benjamin P. Abel

to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF system.

Dated: New York, New York
       June 10, 2022

                                                    */s/ Philip A. Goldstein*
                                                    Philip A. Goldstein
                                                    McGuireWoods LLP
                                                    1251 Avenue of the Americas, 20th Floor
                                                    New York, New York 10020
                                                    Telephone: (212) 548-2167
                                                    pagoldstein@mcguirewoods.com

                                                    *Counsel for Defendant The Guida-Seibert Dairy Company*

160197702