

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 x476 (T)
(856) 375-1010 (F)
Samuel D. Jackson, Esquire
Member of the NJ Bar
sdjackson@lentolawgroup.com

June 20, 2022

**Via: ECF**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Court Room 3B
Camden, NJ 08101

> Re: Gould, et al. v. Guida Dairy, et al.
> Docket No.: 1:22-cv-1861-NLH-AMD
> Adjournment Request for Motions Presently Returnable July 5, 2022

Your Honor:

    I represent the Plaintiffs in the above-captioned matter. On May 23, 2022, the Defendants herein filed two motions: a Motion to Dismiss and a Motion to Strike Class Allegations (collectively, "Motions"). Those Motions were originally returnable on June 21, 2022, however, Plaintiffs' counsel sough an automatic extension pursuant to L.Civ.R. 7.1(d)(5), which adjourned the Motions to July 5, 2022.

    Given that the Motions are currently returnable on July 5, 2022, Plaintiffs' opposition is presently due tomorrow, June 21, 2022. This presents a problem as, recently, one of the attorneys from Plaintiffs' firm primarily responsible for practice in the Federal Courts, abruptly departed from the firm for personal reasons. As such, an adjournment has become necessary. Plaintiffs propose that both Motions be heard on the next motion day, which is **July 18, 2022**. If the Court is amenable to this request, Plaintiffs' opposition papers and Defendants' replies would then be due on July 5, 2022, and July 11, 2022, respectively.

    Finally, pursuant to my telephone conversation with opposing counsel today, June 20, 2022, Defendants' counsel has consented to this adjournment request.

    I thank the Court for its kind consideration of this matter.

Respectfully,

Samuel D. Jackson, Esquire

CC via email:      Philip A. Goldstein: pagoldstein@mcguirewoods.com