# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------- X

TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*,

        Plaintiffs,

v.

THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*,

        Defendants.

----------------------------------------------------------- X

Case No. 1:22-cv-01861-NLH-AMD

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS**

Request is hereby made by local counsel for *pro hac vice* counsel, James F. Neale, to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered (ECF No. 17);

2. The Admission Fee payable to the New Jersey Lawyers' Fund for Client Protection pursuant to L. Civ. R. 101.1(c)(2), in the amount of $212.00, has been paid; and

3. The Admission Fee payable to the Clerk, United States District Court, pursuant to L. Civ. R. 101.1(c)(3), in the amount of $150.00, has been paid.

Dated: New York, New York
      July 8, 2022

Respectfully submitted,

/s/ Philip A. Goldstein
Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Phone: (212) 548-2167
Fax: (212) 548-2150
pagoldstein@mcguirewoods.com

*Counsel for Defendant The Guida-Seibert Dairy Company*

*PRO HAC VICE* ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | James F. Neale |
| Address: | McGuireWoods LLP |
| | 323 Second Street SE, Suite 700 |
| | Charlottesville, Virginia 22902 |
| Phone: | (434) 977-2582 |
| Fax: | (434) 980-2263 |
| E-mail: | jneale@mcguirewoods.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2022, I caused a true and correct copy of the foregoing Request by Local Counsel for *Pro Hac Vice* Attorney to Receive Electronic Notifications to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF System.

                                  */s/ Philip A. Goldstein*
                                  Philip A. Goldstein

                                  *Counsel for The Guida-Seibert Dairy Company*

161354945_1