# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------ X

TIFFANEE GOULD, individually and on behalf of her minor son, A.J., *et al.*,

　　　　　　　　　　Plaintiffs,

v.

THE GUIDA-SEIBERT DAIRY COMPANY, *et al.*,

　　　　　　　　　　Defendants.

------------------------------------------------------------ X

Case No. 1:22-cv-01861-NLH-AMD

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS**

　　　　Request is hereby made by local counsel for *pro hac vice* counsel, Benjamin P. Abel, to receive electronic notifications in the within matter, and it is represented that:

　　　　1.　　An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered (ECF No. 18);

　　　　2.　　The Admission Fee payable to the New Jersey Lawyers' Fund for Client Protection pursuant to L. Civ. R. 101.1(c)(2), in the amount of $212.00, has been paid; and

　　　　3.　　The Admission Fee payable to the Clerk, United States District Court, pursuant to L. Civ. R. 101.1(c)(3), in the amount of $150.00, has been paid.

Dated: New York, New York
　　　　July 8, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Philip A. Goldstein
　　　　　　　　　　　　　　　　　　　Philip A. Goldstein
　　　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas, 20th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　Phone: (212) 548-2167
　　　　　　　　　　　　　　　　　　　Fax: (212) 548-2150
　　　　　　　　　　　　　　　　　　　pagoldstein@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant The Guida-Seibert Dairy Company*

*PRO HAC VICE* ATTORNEY INFORMATION:

Name: Benjamin P. Abel

Address: McGuireWoods LLP
323 Second Street SE, Suite 700
Charlottesville, Virginia 22902

Phone: (434) 980-2233

Fax: (434) 980-2262

E-mail: babel@mcguirewoods.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 8th day of July, 2022, I caused a true and correct copy of the foregoing Request by Local Counsel for *Pro Hac Vice* Attorney to Receive Electronic Notifications to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF System.

                                               */s/ Philip A. Goldstein*
                                               Philip A. Goldstein

                                             *Counsel for The Guida-Seibert Dairy Company*

161355000_1