UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANEE GOULD, individually and on behalf of her minor son, A.J., et al., | Civ. No. 1:22-cv-01861-NLH-AMD |
| Plaintiffs, | **ORDER** |
| v. | |
| THE GUIDA-SEIBERT DAIRY COMPANY, et al., | |
| Defendant. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 21st day of February, 2023

ORDERED that Defendant's Partial Motion to Dismiss [ECF 10] be, and the same hereby is, GRANTED; and it is further

ORDERED that Defendant's Motion to Strike [ECF 11] be and the same hereby is, DENIED.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.