Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2100
pagoldstein@mcguirewoods.com
*Attorneys for Defendant The Guida-Seibert Dairy Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------- X
:
TIFFANEE GOULD, individually and on behalf of her : Case No.: 1:22-cv-01861-NLH-AMD
minor son, A.J. *et al.*, :
:
Plaintiffs, : **DEFENDANT THE GUIDA-**
: **SEIBERT DAIRY COMPANY'S**
v. : **AMENDED RULE 7.1**
: **CORPORATE DISCLOSURE**
THE GUIDA-SEIBERT DAIRY COMPANY *et al.*, : **STATEMENT**
:
Defendants. :
:
:
------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Guida-Seibert Dairy Company ("GSDC") makes the following disclosures:

GSDC is a wholly-owned subsidiary of Dairy Farmers of America, a privately-held national milk marketing cooperative. GSDC is a Connecticut corporation with its principal place of business in New Britain, Connecticut. GSDC is therefore a citizen of the State of Connecticut for jurisdictional purposes.

Dated:  New York, New York            **McGuireWoods LLP**
        February 24, 2023

                                By:   */s/ Philip A. Goldstein*
                                      Philip A. Goldstein
                                      1251 Avenue of the Americas, 20th Floor

        New York, New York 10020-1104
        Phone: (212) 548-2100
        Fax: (212) 548-2150
        pagoldstein@mcguirewoods.com

        *Attorneys for Defendant The Guida-Seibert Dairy Company*

Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant The Guida-Seibert Dairy Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------- X
                                      :
TIFFANEE GOULD, individually and on behalf of her :   Case No.: 1:22-cv-01861-NLH-AMD
minor son, A.J. *et al.*,             :
                                      :
                        Plaintiffs,   :   **CERTIFICATE OF SERVICE**
                                      :
    v.                                :
                                      :
THE GUIDA-SEIBERT DAIRY COMPANY *et al.*, :
                                      :
                        Defendants.   :
                                      :
                                      :
------------------------------------- X

I HEREBY CERTIFY that on this 24th day of February 2023, I caused a true and correct copy of the foregoing Amended Rule 7.1 Corporate Disclosure Statement to be served on all counsel of record via the Court's electronic filing system.

Dated:  New York, New York           **MCGUIREWOODS LLP**
        February 24, 2023

                            By:   */s/ Philip A. Goldstein*
                                  Philip A. Goldstein
                                  1251 Avenue of the Americas, 20th Floor
                                  New York, New York 10020-1104
                                  Phone: (212) 548-2100
                                  Fax: (212) 548-2150
                                  pagoldstein@mcguirewoods.com
                                  *Attorneys for Defendant The Guida-Seibert Dairy Company*