AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| GOULD et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-01861-NLH-AMD |
| THE GUIDA-SEIBERT DAIRY COMPANY et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                    .

Date:     03/01/2023                                         /s/ Frank R. Schirripa
                                                                          *Attorney's signature*

                                                                Frank R. Schirripa - 032382002
                                                                 *Printed name and bar number*

                                                              Hach Rose Schirripa & Cheverie LLP
                                                              112 Madison Avenue, 10th Floor
                                                              New York, New York 10016
                                                                          *Address*

                                                                    fschirripa@hrsclaw.com
                                                                     *E-mail address*

                                                                        (212) 213-8311
                                                                    *Telephone number*

                                                                        (212) 779-0057
                                                                        *FAX number*