UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                          Proceeding Date: March 2, 2023

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                                       DOCKET NO. 22cv1861(NLH/AMD)
**Tiffanee Gould, et al**
  v.
**The Guida-Seibert Dairy Co., et al**

**APPEARANCES:**
Frank Schirripa, Esq. and Samuel Jackson, Esq. for plaintiffs
Philip Goldstein, Esq. and James Neale, Esq. for defendants

**NATURE OF PROCEEDINGS:**    Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 10:45 a.m. Time Adjourned: 11:01 a.m. Total time: 16 mins.