**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| GOULD, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:22-cv-01861-NLH-AMD |
| | : | |
| THE GUIDA-SEIBERT DAIRY COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

**APPEARANCE OF COUNSEL**

To:    The Clerk of Court and All Parties of Record

I, LAWRENCE A. KATZ, ESQUIRE, am admitted or otherwise authorized to practice in

this court, and I appear in this case as counsel for the Plaintiffs.

Dated: <u>March 23, 2023</u>          LENTO LAW GROUP, P.C.

LAWRENCE A. KATZ, ESQUIRE
ATTORNEY ID: 30261
1650 Market Street, Suite 3600
Philadelphia, PA 19103
T: (267) 833-0200 | F: (267) 833-0300
lakatz@lentolawgroup.com
*Attorney for Plaintiffs*