**McGuireWoods**

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

May 4, 2023

<u>Via ECF</u>

Hon. Ann Marie Donio, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   **Re:** ***Tiffanee Gould, et al. v. The Guida-Seibert Dairy Company, et al.***
      <u>**Case No. 1:22-cv-01861-NLH-AMD**</u>
      **Proposed Confidentiality Order**

Dear Judge Donio:

  This firm represents Defendant The Guida-Seibert Dairy Company in the above-referenced matter. Enclosed for Your Honor's review and consideration is a Discovery Confidentiality Order generally in the form of Appendix S (*see* Exhibit A). Deviations from the standard Appendix S confidentiality order are reflected in track change form in Exhibit B. If the proposed Discovery Confidentiality Order (Exhibit A) meets with Your Honor's approval, the parties respectfully request that the Discovery Confidentiality Order be So Ordered and entered with the Clerk of the Court.

  Thank you for your time and consideration of this matter.

           Respectfully Submitted,

           */s/ Philip A. Goldstein*

           Philip A. Goldstein

PAG:
Enclosures

cc:  All Counsel of Record (via ECF)

173984675_1.docx

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.