**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
Frank R. Schirripa
112 Madison Avenue, 10th Floor
New York, New York 10016
Phone: (212)-213-8311
Fax: (212)-779-0228
fschirripa@hrsclaw.com
*Attorneys for Plaintiffs*

| **TIFFANEE GOULD, ET AL.,** | **UNITED STATES DISTRICT COURT** |
|---|---|
| *Plaintiffs,* | **DISTRICT OF NEW JERSEY** |
| V. | CAMDEN VICINAGE |
| | CIVIL ACTION |
| **THE GUIDA-SEIBERT DAIRY COMPANY, ET AL.** | Case No.: 1:22-CV-01861-NLH-AMD |
| | **NOTICE OF JOINT MOTION TO APPROVE SETTLEMENT** |
| *Defendants* | |

To:   Phillip A. Goldstein, Esq.
      McGuireWoods LLP
      1251 Avenue of the Americas
      20th Floor
      New York, New York 10020-1104
      *Attorneys for Defendants*

**PLEASE TAKE NOTICE** that on December 13, 2023, the attorneys for Plaintiffs and Defendants will apply to this Court as soon as counsel may be heard for an Order approving the settlement agreement between the parties and granting the relief requested in the Proposed Judgment for the reasons set forth in the attached pleadings.

Dated: New York, New York           HACH ROSE SCHIRRIPA & CHEVERIE, LLP
       November 17, 2023             Attorneys for Plaintiffs


                                     By: */s/ Frank R. Schirripa*
                                         Frank R. Schirripa