**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
Frank R. Schirripa
112 Madison Avenue, 10th Floor
New York, New York 10016
Phone: (212) 213-8311
Fax: (212) 779-0228
fschirripa@hrsclaw.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| **TIFFANEE GOULD, ET AL.,** *Plaintiffs,* V. **THE GUIDA-SEIBERT DAIRY COMPANY, ET AL.** *Defendants* | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CAMDEN VICINAGE<br>CIVIL ACTION<br>Case No.: 1:22-CV-01861-NLH-AMD<br><br>**ORDER APPROVING SETTLEMENT AND DIRECTING THE DEPOSIT OF FUNDS** |

**THIS MATTER** having been submitted to the Court regarding the parties' Joint Motion to Approve the Settlement in accordance with N.J. Ct. R. 4:44-3 on November 17, 2023, by Frank R. Schirripa, of Hach Rose Schirripa & Cheverie, LLP, 112 Madison Avenue, 10th Floor, New York, New York, 10016, and Joseph Lento, Lawrence A. Katz, and Samuel Jackson, of Lento Law Group P.C., 3000 Atrium Way, Suite #200, Mt. Laurel, New Jersey 08054, attorneys for Plaintiffs, and Philip A. Goldstein, Esq., of McGuireWoods LLP, 1251 Avenue of the Americas, 20th Floor, New York, New York, 10020-1104, attorney for Defendant, and the attorneys for the parties having reported to the Court that they have arrived at a settlement of the claims concerning sixteen (16) New Jersey Student Plaintiffs as that term is defined in the parties' Joint Motion to Approve Settlement, and the Court having considered the parties' submissions and reviewed the exemplar settlement agreement and being satisfied that the settlement is fair, reasonable, and in the best interests of the minor children;

1

**IT IS** on this 19th day of January, 2024, **ORDERED and ADJUDGED** that:

1. The settlement entered into by the parties is hereby approved.

2. The parents or guardians of the sixteen (16) New Jersey Student Plaintiffs (as that term is defined in the parties' motion papers) shall provide signed releases in the form included with the parties' motion papers to counsel for Defendant by February 29, 2024 or within seven (7) days from the date of this order, whichever occurs later.

3. The parents or guardians for the sixteen (16) New Jersey Student Plaintiffs shall provide completed IRS W-9 forms to counsel for Defendant by February 29, 2024 or within seven (7) days from the date of this order, whichever occurs later.

4. Within twenty-one (21) days after (1) counsel for Defendant receives executed copies of the releases and completed IRS W-9 forms from the parents or guardians of the sixteen (16) New Jersey Student Plaintiffs, (2) the Court enters an order approving the settlement, and (3) counsel for defendant receives a completed IRS W-9 from The Lento Law Group, whichever occurs last, Defendant shall issue a one-time payment of $8,500.00 to each New Jersey Student Plaintiff whose parent or legal guardian returns a signed release, which is to be deposited in a trust fund established by the Surrogate of Camden County for the benefit of the minor children, less a pro rata share of any attorneys' fees, costs, and expenses approved by this Court.

5. Upon receipt, from the parents or guardians identified in subparagraphs a. and b. below, of an executed copy of a release and completed IRS W-9 forms from the parents or guardians and from The Lento Law Group, Defendant shall reimburse the following parents or legal guardians of two (2) New Jersey Student Plaintiffs for out-of-pocket medical expenses subject to the terms of paragraph 4 of this Order, which shall be added to the payment set forth in paragraph 4 of this Order:

    a. Ciarra Wallace, on behalf of her minor child, Z.W., in the amount of $1,053.00; and

    b. Harry Estevez & Yaneris Lugo de Esteves, on behalf of their minor child, H.E., in the amount of $3,549.00.

6. Counsel for Plaintiffs' request for reimbursement of its costs and expenses associated with this matter, as set forth in the attached Bill of Costs is approved. Such costs shall be deducted on a pro rata basis from each settlement payment issued by Defendant to each New Jersey Student Plaintiff whose parent or guardian returns a signed release.

7. Pursuant to N.J. Ct. R. 4:48A it is and shall be the responsibility of the attorneys for the New Jersey Student Plaintiffs to see that the settlement payments described above for the benefit of each New Jersey Student Plaintiff are paid and the deposit is completed.

8. The Parties' Joint Motion for Approval of Settlement, ECF Nos. 47 and 48, is GRANTED.

9. This case shall be dismissed with prejudice and the Clerk of the Court is directed to mark this case "Closed."

/s/ Noel L. Hillman\
**NOEL L. HILLMAN, U.S.D.J.**

# EXHIBIT A

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
Frank R. Schirripa
112 Madison Avenue, 10th Floor
New York, New York 10016
Phone: (212)-213-8311
Fax: (212)-779-0228
fschirripa@hrsclaw.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| **TIFFANEE GOULD, ET AL.,** *Plaintiffs,* V. **THE GUIDA-SEIBERT DAIRY COMPANY, ET AL.** *Defendants* | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CAMDEN VICINAGE CIVIL ACTION Case No.: 1:22-CV-01861-NLH-AMD **BILL OF COSTS** |

Please take notice that the following costs and disbursements were incurred by Plaintiffs in the prosecution of this action:

1. Complaint Filing Fee            $402.00
2. Service of Complaint            $506.37
3. Medical Records Fees            $125.00
4. Mediation Fee                   $6,468.80

Total                              $7,502.17

Dated: January 19, 2024

/s/ Frank R. Schirripa
FRANK R. SCHIRRIPA
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue, 10th Floor
New York, New York, 10016 Tel: (212) 213-8311
fschirripa@hrsclaw.com

*/s/ Samuel Jackson*
SAMUEL D. JACKSON **LENTO LAW GROUP P.C.**
3000 Atrium Way – Suite #200
Mt. Laurel, NJ 08054
Tel: 856-652-2000 x476
SDjackson@lentolawgroup.com

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
Frank R. Schirripa (#032382002)
112 Madison Avenue, 10th Floor
New York, New York 10016
Phone: (212)-213-8311
Fax: (212)-779-0228
fschirripa@hrsclaw.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| **TIFFANEE GOULD, ET AL.,**<br><br>*Plaintiffs,*<br><br>V.<br><br>**THE GUIDA-SEIBERT DAIRY COMPANY, ET AL.**<br><br>*Defendants* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br>CIVIL ACTION<br>Case No.: 1:22-CV-01861-NLH-AMD<br><br>**ATTORNEY DECLARATION** |

I, Frank R. Schirripa, an attorney duly licensed in the State of New Jersey, states the following under penalty of perjury:

1. I am a Partner at the Law firm of Hach Rose Schirripa & Cheverie, LLP.

2. I authorized, approved, and incurred the cost described as the "Mediation Fee" described in the Bill of Costs on behalf of our clients in the above-captioned matter.

3. The Mediation Fee cost represent all costs incurred by Hach Rose Schirripa & Cheverie, LLP as a result of mediating this matter.

4. On this 19th day of January, 2024, I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
January 19, 2024

*/s/ Frank R. Schirripa*
FRANK R. SCHIRRIPA
**HACH ROSE SCHIRRIPA &
CHEVERIE, LLP**
112 Madison Avenue, 10th Floor
New York, New York, 10016 Tel:
(212) 213-8311
fschirripa@hrsclaw.com

| | |
|---|---|
| **TIFFANEE GOULD, ET AL.,**<br><br>*Plaintiffs,*<br><br>V.<br><br>**THE GUIDA-SEIBERT DAIRY COMPANY, ET AL.**<br><br>*Defendants* | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br>CAMDEN VICINAGE<br>CIVIL ACTION<br>Case No.: 1:22-CV-01861-NLH-AMD<br><br>**ATTORNEY DECLARATION** |

I, Samuel Jackson, an attorney duly licensed in the State of New Jersey, states the following under penalty of perjury:

1. I am an associate at the Lento Law Group, P.C.

2. I authorized, approved, and incurred the costs described as the "Complaint filing fee," the "service of complaint," and the "medical records fees" as described in the Bill of Costs on behalf of our clients in the above-captioned matter.

3. These costs represent all costs incurred by Lento Law Group as a result of (a) filing the complaint in this matter, (b) serving the complaint in this matter, and (c) performing medical records searches in the effort to litigate and mediate this Matter.

On this 17th day of November, 2023, I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
     January 19, 2024                    */s/ Samuel Jackson*

                                                   Samuel Jackson, Esq.
                                                   **LENTO LAW GROUP P.C.**
                                                   3000 Atrium Way, Suite #200
                                                   Mt. Laurel, NJ 08054

Phone: 856-652-2000 ext. 476
sdjackson@lentolawgroup.com

# EXHIBIT B

**List of New Jersey Student Class Plaintiffs**

    1.    Tiffanee Gould, on behalf of her minor child, A.J., residing in Camden, New Jersey.

    2.    Deborah Pollitt, on behalf of her minor child, D.P., residing in Camden, New Jersey.

    3.    Dominique Wilson, on behalf of her minor child, A.J., residing in Camden, New Jersey.

    4.    Sherell Boardley, on behalf of her minor child, M.A., residing in Camden, New Jersey.

    5.    Valerie McKinnon, on behalf of her minor children, S.M. and S.M., residing in Camden, New Jersey.[1]

    6.    Ciarra Wallace, on behalf of her minor child, Z.W., residing in Camden, New Jersey.

    7.    Tracie Bates, on behalf of her minor child, E.R., Jr., residing in Camden, New Jersey .

    8.    Torey Daniel, on behalf of her minor child, R.B., residing in Camden, New Jersey.

    9.    Milyann Jackson, on behalf of her minor child, K.H., residing in Camden, New Jersey.

    10.    Charlene Spencer, on behalf of her minor child, K.V., residing in Camden, New Jersey.

    11.    Nicole Spencer, on behalf of her minor child, K.C., residing in Camden, New Jersey.

---

[1] Valerie McKinnon, on behalf of her minor children, S.M. and S.M., is to be compensated for both children, in a net recovery amount of $12,750.00.

12. Danaya Morman, on behalf of her minor child, J.F., residing in Camden, New Jersey.

13. Shaneice Randall, on behalf of her minor child, I.R., residing in Camden, New Jersey.

14. Harry Estevez & Yaneris Lugo de Esteves, on behalf of their minor child, H.E., residing in Camden, New Jersey.

15. Qristian Hand, on behalf of her minor child, M.D., residing in Camden, New Jersey.

# EXHIBIT C

**Compensation For Out-of-Pocket Medical Bills**

1. Ciarra Wallace, on behalf of her minor child, Z.W., residing at 946 Budd Street, Camden, New Jersey, 08104: **$1,053.00**

2. Harry Estevez & Yaneris Lugo de Esteves, on behalf of their minor child, H.E., residing at 3254 Pelham Place, Camden, New Jersey, 08105: **$3,549.00**